**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MARVELL WINGHAM, | ) |
|   Plaintiff/Counter-Defendant, | ) |
| v. | ) No. 4:23-CV-427 PLC |
| WINGSTAR TRANSPORTATION, LLC, | ) |
|   Defendant, | ) |
| and | ) |
| MIKHEILI KOBIAHVILI, | ) |
|   Defendant/Counter-claimant. | ) |

**ORDER OF DISMISSAL**

    In accordance with the parties' stipulations for dismissal with prejudice [ECF Nos. 41 & 42]: (1) Plaintiff Marvell Willingham's complaint against Defendants Wingstar Transportation, LLC and Mikheili Kobiahvili is dismissed with prejudice and (2) Counter-claimant Mikheili Kobiahvili's counterclaim against Marvell Willingham is dismissed with prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorney fees.

                                                    PATRICIA L. COHEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of April, 2024